AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

FILED
CLERKS OFFICE

2005 JAN 19 P 2:59

U.S. DISTRICT COURT
DISTRICT OF MASS

DANA FARBER CANCER INSTITUTE, INC.
d/b/a THE JIMMY FUND

V.

BOC GROUP, INC. d/b/a
BOC GASES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04   12612 RCL**

TO: (Name and address of Defendant)

BOC GROUP, INC.
575 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
PATRICK J. LOFTUS, III
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12-15-04

# AFFIDAVIT OF SERVICE

SHERIFF'S NUMBER ... DEFENDANT SEQUENCE 001 OF 232 OFFICER...

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE

*Joseph Kajewski* (PRINT OFFICER'S NAME)

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW

ATTORNEY: PATRICK J. LOFTUS III
ATTORNEY-AT-LAW
SUITE 520
... DORE STREET
BOSTON    MA 02109

CHECK #: ...    AMOUNT: ...

COURT DATA — UNITED STATES DISTRICT COURT

RETURN DATE 0/00/00  TIME:     DAYS 00
DOCKET: 0412612RCL    STATE: MA    COUNTY OF VENUE: BOSTON

CAPTION OF CASE — DANA FARBER CANCER INSTITUTE, INC. D/B/A THE JIMMY ... BOC GROUP, INC D/B/A BOC GASES

DEFENDANT OR NAMED WITNESS TO BE SERVED:
BOC GROUP, INC D/B/A BOC GASES

ADDRESS: 575 MOUNTAIN AVENUE
TOWN: MURRAY HILL    NJ    07974

PAPERS SERVED — SUMMONS AND COMPLAINT    OUT OF STATE-REQUIRES DESCRIPTION

---

[X] SERVED SUCCESSFULLY    [ ] UNABLE TO SERVE
DATE: 1/11/05   TIME: 11:35 AM

REMARKS:

[ ] CASHIER
[ ] MANAGING AGENT
[ ] REGISTERED AGENT
[X] PERSON IN CHARGE AT REGISTERED OFFICE OF
[ ] AGENT AUTHORIZED TO ACCEPT SERVICE

ATTEMPTS:

PERSON SERVED: *Jane Durkin, administrative assistant*

SEX: [ ] MALE [X] FEMALE
SKIN: [X] WHITE [ ] BLACK [ ] YELLOW [ ] BROWN [ ] RED
HEIGHT: [ ] UNDER 5 FEET [ ] 5'2"-5'6" [X] 5'7"-6' [ ] OVER 6FT
WEIGHT: [ ] UNDER 100LBS [ ] 100-150LBS [X] 150-200LBS [ ] OVER 200LBS
HAIR: [ ] BLACK [X] BROWN [ ] BLOND [ ] GRAY [ ] RED [ ] WHITE [ ] BALDING
AGE: [ ] ...20 [ ] 21-35 [X] 36-50 [ ] 51-65 [ ] OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME
ON ...

*Joseph Kajewski*
SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY