AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

DANA FARBER CANCER INSTITUTE, INC.
a/k/a THE JIMMY FUND

v.

BOC GROUP, d/b/a BOC GASES

FILED
IN CLERKS OFFICE
2005 JAN

**SUMMONS IN A CIVIL ACTION**

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

## 04 12612 RCL

TO: (Name and address of Defendant)

BOC GASES
575 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12-15-04

AFFIDAVIT OF SERVICE

SHERIFFS NUMBER: 114325   DEFENDANT SEQUENCE 002 OF 002
TYPE OF SERVICE: SUMMONS AND COMPLAINT

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE

*Joseph Krajewski*
(PRINT OFFICER'S NAME)

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW

ATTORNEY: PATRICK LOFTUS III
ATTORNEY AT LAW
SUITE 500
NO. 9 PARK STREET
BOSTON   MA   02108

CHECK #: 1941
AMOUNT: $54.60
CONTROL #: 2060

COURT OF ISSUANCE: UNITED STATES DISTRICT COURT MASSACHUSETTS

CAPTION OF CASE: DANA FARBER CANCER INSTITUTE, INC. D/B/A THE JIMMY VS. BOC GROUP, INC D/B/A BOC GASES

DEFENDANT OR NAMED WITHIN TO BE SERVED
CORPORATION NAME: BOC GASES
ADDRESS: 575 MOUNTAIN AVENUE
TOWN/STATE/ZIP: NEW PROVIDENCE   NJ   07974

PAPERS SERVED: SUMMONS AND COMPLAINT
OUT OF STATE—REQUIRES DESCRIPTION

SERVICE DATA RECORD

[X] SERVED SUCCESSFULLY   [ ] UNABLE TO SERVE
DATE: 1-11-05
TIME: 11:35 am

REMARKS:

PERSON SERVED:
[ ] OFFICER
[ ] MANAGING AGENT
[ ] REGISTERED AGENT
[ ] PERSON IN CHARGE AT REGISTERED OFFICE OF AGENT
[X] AUTHORIZED TO ACCEPT SERVICE

*Jane Durkin, Administrative Assistant*

| | | | | | |
|---|---|---|---|---|---|
| SEX | MALE | FEMALE | | | |
| SKIN | WHITE | BLACK | YELLOW | BROWN | RED |
| HEIGHT | UNDER 5 FEET | 5.0–5.6FT | 5.7–6.0 | OVER 6FT | |
| WEIGHT | UNDER 100LBS | 100–150LBS | 151–200LBS | OVER 200LBS | |
| HAIR | BLACK | BROWN | BLOND | GRAY | RED | WHITE | BALDING |
| AGE | 14–20 | 21–35 | 36–50 | 51–65 | OVER 65 |

SWORN TO AND SUBSCRIBED BEFORE ME
ON JANUARY 12, 2005

*Joseph Krajewski*
SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY