UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER ) | |
| INSTITUTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 04-12612 RCL |
| ) | |
| BOC GROUP, INC. d/b/a BOC ) | |
| GASES ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearances of Michael P. Giunta, Esq. and the firm of Donovan Hatem LLP on behalf of defendant BOC Group, Inc. d/b/a BOC Gases, in the above captioned matter.

        Defendant,
        BOC Group Inc. d/b/a BOC Gases
        By their attorneys,


        /s/ Michael P. Giunta
        Michael P. Giunta, B.B.O. No. 543768
        DONOVAN HATEM LLP
        Two Seaport Lane
        Boston, MA 02210
        (617) 406-47500

Date: February 2, 2005

## **CERTIFICATE OF SERVICE**

  I, Michael P. Giunta, hereby certify that I have this day served copies of the foregoing by mailing, postage prepaid, to:

Patrick Loftus, III, Esquire
9 Park Street
Suite 500
Boston, MA  02108

Date:  February 02, 2005                 /s/ Michael P. Giunta

00889881