UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>BOC GROUP, INC. d/b/a BOC GASES )<br><br>Defendant ) | CIVIL ACTION NO. 04-12612 RCL |

## CORPORATE DISCLOSURE STATEMENT

Defendant BOC GROUP, INC. d/b/a BOC GASES ("BOC Group"") hereby submits the following Corporate Disclosure Statement pursuant to L.R., D.Mass., Rule 7.3:

1. There is no parent corporation or publicly-held company that owns 10% or more of the stock of BOC Group.

          Defendant,
          BOC GROUP, INC. d/b/a BOC GASES
          By its attorneys,

          /s/ Michael P. Giunta
          Michael P. Giunta  BBO # 543768
          DONOVAN HATEM LLP
          Two Seaport Lane
          Boston, MA  02210

Dated: February 2, 2005          617-406-4513

- 2 -

## CERTIFICATE OF SERVICE

    I, Michael P. Giunta, hereby certify that I have this day served copies of the foregoing by mailing, postage prepaid, to:

> Patrick Loftus, III, Esquire
> 9 Park Street
> Suite 500
> Boston, MA  02108

Date:  <u>February 02, 2005</u>　　　　　　　　　　　　　　　　<u>/s/ Michael P. Giunta</u>