UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dana-Farber Cancer Institute, Inc.<br>    Plaintiff<br><br>v.<br><br>BOC Group, Inc.<br>    Defendant | Civil Action No.  04-12612-RCL |

ORDER OF RECUSAL

LINDSAY, D.J.

    I hereby recuse myself with respect to the above-entitled action. The plaintiff, Dana-Farber Cancer Institute, Inc., is affiliated with Partners Healthcare and two of its member hospitals. I am an overseer of Partners and former trustee and overseer of a Partners affiliated hospital.

                                      /s/ REGINALD C. LINDSAY
                                      United States District Judge

DATED: February 4, 2005