# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil  No. _04-12612_____

Title: _Dana-Farber Cancer Institute, Inc. v. BOC Group, Inc.___

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge _Lindsay_____ has been reassigned to Judge __Zobel___ for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials _RWZ_____.

Thank you for your cooperation in this matter.


TONY ANASTAS
CLERK OF COURT


By:    _/s/ Don Stanhope_____
            Deputy Clerk

Date: __2/8/05_____

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                    [ntccsasgn.]