UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -9 P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br><br>Defendant. | Case No. 1:04-CV-12612-RCL |

## PLAINTIFF'S CORPORATE DISCLOSURE

Pursuant to Local Rule 7.3 (A), for the District of Massachusetts, Plaintiff hereby submits the following Corporate Disclosure Statement.

Plaintiff has no parent company or publicly-held company that own 10% or more of its stock.

Plaintiff
Dana-Farber Cancer Institute, Inc.

By its attorney,

PATRICK J. LOFTUS, III, ESQUIRE
9 Park Street, Suite 500
Boston, MA 02108
(616) 723-7770

Dated: 2/8/05