UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC.<br><br>Third-Party Defendants. | Case No. 1:04-CV-12612-RWZ |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the Plaintiff, Dana-Farber Cancer Institute, Inc. a/k/a The Jimmy Fund, by its counsel, Patrick J. Loftus, III, Esquire of the Law Offices of Patrick J. Loftus, III, hereby moves this Court for an order permitting Peter G. Rossi of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, to practice before this Court, Pro Hac Vice, on behalf of the Plaintiff, and in support of this motion, states as follows:

    1.    Peter G. Rossi of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103 (telephone 215-665-2000) is counsel to the Plaintiff in this action and desires the permission of the Court to practice before it.

    2.    Mr. Rossi is a member in good standing of the Bars in Pennsylvania and

New York and the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern, Southern, Eastern and Western Districts of New York, as more fully set forth in his attached Affidavit marked as Exhibit A.

3. There have never been, nor are there now pending, any disciplinary matters against Mr. Rossi in any jurisdiction where he has been admitted to practice.

4. Mr. Rossi is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. Mr. Loftus is a member in good standing of this Court and will be associated with Mr. Rossi in this action.

WHEREFORE, the undersigned respectfully requests that Peter G. Rossi be granted leave to appear and practice before this Court on behalf of the Plaintiff in this action as co-counsel for the Plaintiff, *Pro Hac Vice*.

Respectfully Submitted,

/s/ Patrick J. Loftus, III
Patrick J. Loftus, III
BBO: 303310
Law Offices of Patrick J. Loftus, III
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

Dated: March ___, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC.<br><br>Third-Party Defendants. | Case No. 1:04-CV-12612-RCL |

## AFFIDAVIT OF PETER G. ROSSI

I, Peter G. Rossi, being duly sworn upon oath, depose and say:

1. I am one of the attorneys representing the Plaintiff, Dana-Farber Cancer Institute, Inc. a/k/a The Jimmy Fund, and submit this Affidavit in support of the Motion for Admission *Pro Hac Vice*.

2. I am a member of the law firm of Cozen O' Connor, 1900 Market Street, Philadelphia, Pennsylvania.

3.  I am currently admitted to the Bars of the Commonwealth of Pennsylvania and the State of New York and the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern, Southern, Eastern and Western Districts of New York.

4.  I am in good standing in each of the aforementioned courts and there are no disciplinary actions pending against me.

5.  I am familiar with the with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 28th day of February 2005.

_____
Peter G. Rossi

STATE OF PENNSYLVANIA    )
                         ) ss:
COUNTY OF PHILADELPHIA   )

Subscribed and sworn to before me, a Notary Public in and for said County and state, this 28th day of February 2005

_____
Notary Public
My Commission Expires:

NOTARIAL SEAL
DENISE M. PAGANO, NOTARY PUBLIC
PHILADELPHIA CITY, COUNTY OF PHILADELPHIA
MY COMMISSION EXPIRES AUGUST 7, 2005

2

**EXHIBIT "A"**

Case 1:04-cv-12612-RWZ    Document 12-2    Filed 03/08/2005    Page 3 of 4



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Peter G. Rossi, Esq.*

**DATE OF ADMISSION**

*November 25, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 10, 2005

Patricia A. Johnson
Chief Clerk