UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC.<br><br>Third-Party Defendants. | Case No. 1:04-CV-12612-RWZ |

## PROPOSED JOINT PRE-TRIAL SCHEDULE

Plaintiff, Dana Farber Cancer Institute and Defendant, BOC Group, Inc. have conferred and agree on the following schedule:

| | |
|---|---|
| Initial Disclosures | April 15, 2005 |
| Amendment to Pleadings | June 17, 2005 |
| Joinder of Additional Parties | July 14, 2005 |
| All Fact Discovery complete<br>Parties limited to 25 Interrogatories to other parties. Each party will be required to present up to eight fact witnesses for deposition. | November 18, 2005 |
| 26(b) Expert Disclosures,<br>Plaintiff<br>Defendants | January 11, 2006<br>February 10, 2006 |
| Plaintiff Expert Depositions completed | March 10, 2006 |

| | |
|---|---|
| Defendant Expert Depositions completed | April 7, 2006 |
| Settlement Conference and/or ADR | April 21, 2006 |
| Dispositive Motions Served | May 8, 2006 |
| Motions filed with Court by | June 2, 2006 |
| Final Pretrial | June 15, 2006 |

Additional defendants, Taylor Wharton, Harsco Corporation, Gas & Fluid Control Group and Pacer Digital Systems Inc. have been notified of the March 15, 2005 scheduling conference.

Dated : March 10, 2005

Respectfully submitted,

By: *[signature]*
Patrick J. Loftus, III
PATRICK J. LOFTUS, III, ESQUIRE
9 Park Street
Suite 500
Boston, MA 02108
(617) 723-7770
Attorneys for Plaintiff

By; *[signature]*
Michael P. Giunta
DONOVAN HAREM LLP
World Trade Center East
Two Seaport Lane
Boston,. MA 02210
617-406-4500
Attorneys for Defendant
BOC Group, Inc.

OF COUNSEL:
Peter G. Rossi, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

2