

| | | |
|---|---|---|
| PHILADELPHIA | COZEN | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | O'CONNOR | SEATTLE |
| DALLAS | ATTORNEYS | TRENTON |
| DENVER | | WASHINGTON, DC |
| HOUSTON | | WEST CONSHOHOCKEN |
| LAS VEGAS | | WICHITA |
| LONDON | | WILMINGTON |
| LOS ANGELES | A PROFESSIONAL CORPORATION | |

FILED
RKS OFFICE
2005 APR -5 A 11: 38
U.S. DISTRICT COURT
DISTRICT OF MASS

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

Peter G. Rossi
Direct Phone 215.665.2783
Direct Fax   215.701.2483
PROSSI@COZEN.COM

March 10, 2005

Michael P. Giunta, Esquire
DONOVAN HAREM LLP
World Trade Center East
Two Seaport Lane
Boston,. MA  02210

      Re:    Dana-Farber Cancer Institute, Inc. a/k/a The Jimmy Fund v.
               BOC Group, Inc. d/b/a BOC Gases v.
               Taylor-Wharton, Harsco Corporation, Gas & Fluid Control Group
               and Pacer Digital Systems Inc.
               Case No. 1:04-CV-12612-RWZ
               Our File No.: 132369

Dear Michael:

      In conformance with Local Rule 16.1(c), I write to advise you that my client has authorized me to settle all claims against your client for the amount of $714,801.44.  Please advise regarding your client's position prior to the March 15, 2005 Scheduling Conference.

      Enclosed is the proposed Scheduling Order that we have instructed our local counsel to file today.  We made your suggested changes.

                           Sincerely,

                           COZEN O'CONNOR

                           BY: PETER G. ROSSI

PGR/cg
Enclosure

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES



COZEN
O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

FILED
CLERKS OFFICE

2005 APR -5  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

Peter G. Rossi
Direct Phone 215.665.2783
Direct Fax   215.701.2483
PROSSI@COZEN.COM

March 7, 2005

Christina E. Loughlin
Sr. Claims Officer
***Chubb Group of Insurance Companies***
Claims Department
12 Vreeland Road
P.O. Box 975
Florham Park, NJ  07932-0975

      Re:    Your Insured:  Dana Farber Cancer Institute
                Date of Loss:  08/18/2002
                Your Policy Number: 357972-70
                Our File Number: 132369

Dear Christina:

      As I explained to you, we are required to file a Certification with the Court indicating that we have consulted regarding a budget for the cost of conducting the full litigation and considered resolutions litigation through the use of Alternative Dispute Resolution Programs.  Please sign this letter at the bottom where indicated and return to me as soon as possible.  Your signature verifies that we have discussed these topics.

      If you have any questions, please do not hesitate to contact me.

                Sincerely,

                COZEN O'CONNOR

                BY:  PETER G. ROSSI

PGR/cg

Christina E. Loughlin
Sr. Claims Officer
Chubb Group of Insurance Companies

RECEIVED
MAR 2005
MAIL

REC'D 3/15/05