UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, <br><br> Plaintiff <br><br> v. <br><br> BOC GROUP, INC. d/b/a BOC GASES, <br><br> Defendant/Third-Party Plaintiff <br><br> v. <br><br> TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP <br> and <br> PACER DIGITAL SYSTEMS INC. <br><br> Third-Party Defendants | CASE NO.: 04-12612 RCL |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Matthew P. Sgro, Esq. on behalf of defendant BOC Group, Inc. d/b/a BOC Gases, in the above captioned matter.

Defendant,
BOC Group Inc. d/b/a BOC Gases
By their attorneys

_____
Matthew P. Sgro, BBO #655825
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: April 14, 2005

## CERTIFICATE OF SERVICE

I, Matthew P. Sgro, hereby certify that on this date I caused a copy of the foregoing, via first-class mail, postage prepaid, to:

| | | |
|---|---|---|
| Patrick Loftus, III, Esq.<br>9 Park Street<br>Suite 500<br>Boston, MA  02108 | John J. Weinholtz, Esq.<br>Nixon Peabody, LLP<br>40 Fountain Plaza<br>Suite 500<br>Buffalo, NY  14202 | Patricia Polis McCrory, Esq.<br>Harrison Moberly<br>135 Pennsylvania Street<br>Suite 2100<br>Indianapolis, Indiana  46204 |

_____
Matthew P. Sgro

Dated:  April 14, 2005