UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, Plaintiff<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES, Defendant/Third-Party<br><br>v.<br><br>Taylor-Wharton, Harsco Corporation, Gas & Fluid Control Group and Pacer Digital Systems, Inc. Third-Party Defendants | CASE NO. 04-12612 RWZ |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant/Third-Party Plaintiff, Pacer Digital Systems, Inc. in the above-captioned action.

                                                Respectfully submitted,

                                                /s/_Anthony V. Agudelo_____
                                                Anthony V. Agudelo (BBO #642260)
                                                Sugarman, Rogers, Barshak & Cohen, P.C.
                                                101 Merrimac Street
                                                Boston, MA  02110
                                                (617) 227-3030

Dated: April 25, 2005