UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, Plaintiff<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES, Defendant/Third-Party<br><br>v.<br><br>Taylor-Wharton, Harsco Corporation, Gas & Fluid Control Group and Pacer Digital Systems, Inc. Third-Party Defendants | CASE NO. 04-12612 RWZ |

## CORPORATE DISCLOSURE STATEMENT
## BY PACER DIGITAL SYSTEMS, INC.

Pursuant to Local Rule 7.3, the defendant, Pacer Digital Systems, Inc., states that it has no parent corporations, and that no publicly held company owns 10% or more of Pacer Digital Systems, Inc.'s stock.

        PACER DIGITAL SYSTEMS, INC.
        By Its Attorneys,

        /s/ David S. Barry
        David A. Barry BBO #031520 (barry@srbc.com)
        Anthony V. Agudelo BBO#642260 (agudelo@srbc.com)
        SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
        101 Merrimac Street
        Boston, MA 02114
        617-227-3030

Dated: April 25, 2005