UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Cause No. 1:04-cv-12612-RWZ |
| BOC GROUP, INC. d/b/a BOC GASES | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC. | ) ) ) ) ) |
| Third-Party Defendants. | ) |

## MOTION FOR ADMISSION OF ATTORNEY PAUL C. SWEENEY TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, David A. Barry, a member of the bar of this Court who has filed an appearance in this case, hereby moves that Paul C. Sweeney, Esquire, of the law firm of Harrison & Moberly, LLP in Indianapolis, Indiana, be admitted to appear and practice in this Court *pro hac vice*. The certificate of Mr. Sweeney required by Local Rule 83.5.3(b) is filed herewith.

Respectfully submitted,

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.

By: /s/ David A. Barry
David A. Barry, BBO #031520
101 Merrimac Street
Boston, MA 02110
(617) 227-3030

Local Counsel for Third-Party Defendant
Pacer Digital Systems, Inc.

Dated: April 25, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>BOC GROUP, INC. d/b/a BOC GASES )<br><br>Defendant/Third-Party Plaintiff, )<br><br>v. )<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC. )<br><br>Third-Party Defendants. ) | Cause No. 1:04-cv-12612-RWZ |

### AFFIDAVIT OF PAUL C. SWEENEY, ESQUIRE, IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Paul C. Sweeney, am an attorney admitted to practice law in the State of Indiana, and I certify as follows:

1. I am a member of the law firm of Harrison & Moberly, LLP, and I make this affidavit in support of my application for leave to practice in this Court.

2. I have been admitted to practice law in the State of Indiana since 1997. Attached hereto as **Exhibit A** is a certificate from the Supreme Court of Indiana showing that I am admitted to practice law in the State of Indiana and that I am in good standing in that jurisdiction.

3. I am also a member in good standing with the Bars of the United States Supreme Court, United States Seventh Circuit Court of Appeals and the

United States District Courts for the Northern and Southern Districts of Indiana.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been requested by the Defendant, Pacer Digital Systems, Inc., to represent their interests in this matter.

6. This matter involves the complex field of law concerning product maintenance, monitoring, installation and general liability, in which I have developed a particular proficiency.

7. My admission *pro hac vice* will serve the interests of the Defendant and will also facilitate the efficient litigation of this matter.

8. If admitted *pro hac vice*, I agree to adhere and be subject to the Supreme Judicial Court Rule 3:07 and any and all successors thereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF April, 2005.

_____
Paul C. Sweeney

2

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, David C. Lewis, Clerk of the Supreme Court of Indiana, do hereby certify that

_____PAUL CONRAD SWEENEY_____

is a member of the bar of said Court since admission on _____NOVEMBER 3rd 1997_____, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __22nd__ day of __APRIL__, 20 __05__.

_____
DAVID C. LEWIS
CLERK, SUPREME COURT OF INDIANA



EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>BOC GROUP, INC. d/b/a BOC GASES )<br><br>Defendant/Third-Party Plaintiff, )<br><br>v. )<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC. )<br><br>Third-Party Defendants. ) | Cause No. 1:04-cv-12612-RWZ |

## CERTIFICATE PURSUANT TO LOCAL RULE 83.5.3(b) IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL C. SWEENEY

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, I, Paul C. Sweeney, hereby certify that:

1. I am a member of the law firm Harrison & Moberly, LLP, of Indianapolis, Indiana.

2. I have been admitted to practice law in the State of Indiana since 1997. Attached to the Affidavit of Paul C. Sweeney, Esquire, in Support of Motion for *Pro Hac Vice* Admission as **Exhibit A** is a certificate from the Supreme Court of Indiana showing that I am admitted to practice law in the State of Indiana and that I am in good standing in that jurisdiction.

3. I am also a member in good standing with the Bars of the United States Supreme Court, United States Seventh Circuit Court of Appeals and the United States District Courts for the Northern and Southern Districts of Indiana.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been requested by the Defendant, Pacer Digital Systems, Inc., to represent its interests in this matter.

6. This matter involves the complex field of law concerning product maintenance, monitoring, installation and general liability, in which I have developed a particular proficiency.

7. My admission *pro hac vice* will serve the interests of the Defendant and will also facilitate the efficient litigation of this matter.

8. If admitted *pro hac vice*, I will diligently follow the Local Rules of the United States District Court for the District of Massachusetts and conduct myself professionally, ethically and courteously.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF April, 2005.

_____
Paul C. Sweeney

2