UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND,<br><br>Plaintiff<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES,<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC.,<br><br>Third-Party Defendants | CASE NO.: 04-12612 RCL<br><br>**CORPORATE DISCLOSURE OF TAYLOR-WHARTON, HARSCO CORP. GASSERV** |

In accordance with its obligations under the Federal Rules of Civil Procedure and the Local Rules, Taylor-Wharton, Harsco Corp. Gasserv ("Taylor-Wharton"). discloses as follows:

Taylor-Wharton is a wholly-owned unincorporated business unit of the wholly-owned unincorporated GasServ division of Harsco Corporation., a publicly-traded company.

Respectfully Submitted,
**TAYLOR-WHARTON, HARSCO CORPORATION GASSERV**
By Its Attorneys

_____
A. Damien Puller (BBO # 633746)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832
(617) 345-1000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served on the attorney of record for each other party (and upon each party appearing pro se) by mail/hand/FAX on this ___ day of _____, 20__
BY _____

BOS1488918.1

- 2 -

        John. J. Weinholtz
        Nixon Peabody LLP
        Key Towers at Fountain Plaza 40 Fountain Plaza
        Suite 500
        Buffalo, NY 14202
        (716) 853-8100

### L.R. 7.1 Certification

Counsel certifies that they have conferred and have attempted in good faith to resolve or narrow the issue.

_____
A. Damien Puller

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 2, 2005.

_____
A. Damien Puller

BOS1488918.1