UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, <br><br> Plaintiff <br><br> v. <br><br> BOC GROUP, INC. d/b/a BOC GASES, <br><br> Defendant/Third-Party Plaintiff <br><br> v. <br><br> TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC., <br><br> Third-Party Defendants | CASE NO.: 04-12612 RCL <br><br> **NOTICE OF APPEARANCE** |

    A. Damien Puller, of the law firm of Nixon Peabody LLP, hereby files an appearance on behalf of Third Party Defendant, Taylor-Wharton, Harsco Corp, Gasserv, in the above entitled action.

                                        Respectfully Submitted,
                                        **TAYLOR-WHARTON, HARSCO CORPORATION GASSERV**
                                        By Its Attorneys

                                        _____
                                        A. Damien Puller (BBO # 633746)
                                        Nixon Peabody LLP
                                        100 Summer Street
                                        Boston, MA 02110-1832
                                        (617) 345-1000

- 2 -

       John. J. Weinholtz
       Nixon Peabody LLP
       Key Towers at Fountain Plaza 40 Fountain Plaza
       Suite 500
       Buffalo, NY 14202
       (716) 853-8100

### L.R. 7.1 Certification

Counsel certifies that they have conferred and have attempted in good faith to resolve or narrow the issue.

_____
A. Damien Puller

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May __, 2005.

_____
A. Damien Puller

BOS1488918.1