UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC.<br><br>Third-Party Defendants. | Case No.: 04-CV-12612-RWZ |

## PROPOSED JOINT PRE-TRIAL SCHEDULE

The parties in the above-referenced action have conferred and agree on the following schedule:

| | |
|---|---|
| Initial Disclosures of Plaintiff and Defendant/Third-Party Plaintiff by | April 15, 2005 |
| Initial Disclosures of Third-Party Defendants by | June 13, 2005 |
| Amendment to Pleadings by | July 18, 2005 |
| Joinder of Additional Parties by | August 12, 2005 |
| All Fact Discovery completed by | February 3, 2006 |
| Parties limited to 25 Interrogatories to other parties. Each party will be required to present up to eight fact witnesses for deposition. | |
| 26(b) Expert Disclosures, Plaintiff by | March 17, 2006 |
| 26(b) Expert Disclosures, Defendant/Third-Party Plaintiff by | May 1, 2006 |
| 26(b), Expert Disclosures, Third-Party Defendants by | June 15, 2006 |
| Plaintiff Expert Depositions completed by | August 1, 2006 |

| | |
|---|---|
| Defendant/Third-Party Plaintiff Expert Depositions completed by | September 15, 2006 |
| Third-Party Defendants Expert Depositions completed by | November 1, 2006 |
| Settlement Conference and/or ADR by | November 15, 2006 |
| Dispositive Motions Served by | December 1, 2006 |
| Responses to Dispositive Motions Served by | 40 days after service of motion |
| Dispositive Motions filed with Court by | January 10, 2007 |
| Final Pretrial | TBD |

Counsel for Plaintiff, Dana-Farber Cancer Institute a/k/a The Jimmy Fund,

Counsel for Defendant, BOC Group, Inc. d/b/a BOC Gases,

      */s/ Patrick J. Loftus, III*
Patrick J. Loftus, III
PATRICK J. LOFTUS, III, ESQUIRE
9 Park Street, Suite 500
Boston, MA  02108
617-723-7770

      */s/ Matthew P. Sgro*
Michael P. Giunta
Matthew P. Sgro
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane
Boston, MA  02210
617-406-4500

Counsel for Third-Party Defendant, Taylor-Wharton, Harsco Corporation, Gas & Fluid Control Group,

Counsel for Third-Party Defendant, Pacer Digital Systems, Inc.,

      */s/ A. Damien Puller*
A. Damien Puller
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

      */s/ David A. Barry*
David A. Barry
Anthony V. Agudelo
SUGARMAN, ROGERS, BARSHAK & COHEN, PC
101 Merrimac Street, 9th Floor
Boston, MA  02114
617-227-3030

Dated:  June 14, 2005

00915916
16485.14