UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND<br><br>    Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC.<br><br>    Third-Party Defendants. | Case No.: 04-CV-12612-RWZ |

## **PROPOSED JOINT PRE-TRIAL SCHEDULE**

The parties in the above-referenced action have conferred and agree on the following schedule:

| | |
|---|---|
| Initial Disclosures of Plaintiff and Defendant/Third-Party Plaintiff by | April 15, 2005 |
| Initial Disclosures of Third-Party Defendants by | June 13, 2005 |
| Amendment to Pleadings by | July 18, 2005 |
| Joinder of Additional Parties by | August 12, 2005 |
| Fact Discovery Necessary for Settlement Discussions | December 2, 2005 |
| Status Report On Settlement | January 6, 2006 |
| All Fact Discovery Completed by | February 3, 2006 |
| Parties limited to 25 Interrogatories to other parties. Each party will be required to present up to eight fact witnesses for deposition. | |
| 26(b) Expert Disclosures, Plaintiff by | March 3, 2006 |
| 26(b) Expert Disclosures, Defendant/Third-Party Plaintiff by | April 3, 2006 |

| | |
|---|---|
| 26(b), Expert Disclosures, Third-Party Defendants by | May 3, 2006 |
| Expert Discovery Completed by | September 29, 2006 |
| Status Conference to Discuss Settlement And Other Pertinent Deadlines | October 12, 2006 |

Counsel for Plaintiff, Dana-Farber Cancer Institute a/k/a The Jimmy Fund,

Counsel for Defendant, BOC Group, Inc. d/b/a BOC Gases,

_____/s/ Patrick J. Loftus, III_____
Patrick J. Loftus, III
PATRICK J. LOFTUS, III, ESQUIRE
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

_____/s/ Matthew P. Sgro_____
Michael P. Giunta
Matthew P. Sgro
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
617-406-4500

Counsel for Third-Party Defendant, Taylor-Wharton, Harsco Corporation, Gas & Fluid Control Group,

Counsel for Third-Party Defendant, Pacer Digital Systems, Inc.,

_____/s/ A. Damien Puller_____
A. Damien Puller
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

_____/s/ David A. Barry_____
David A. Barry
Anthony V. Agudelo
SUGARMAN, ROGERS, BARSHAK & COHEN, PC
101 Merrimac Street, 9th Floor
Boston, MA 02114
617-227-3030

Dated: June 16, 2005