UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 1:04-cv-12612-RWZ |
| BOC GROUP, INC. d/b/a BOC GASES | ) ) | |
| Defendant/Third-Party Plaintiff/ Counterclaim Defendant, | ) ) ) | |
| v. | ) ) | |
| TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP, | ) ) ) ) | |
| Third Party Defendants, | ) ) | |
| and | ) ) | |
| PACER DIGITAL SYSTEMS INC. | ) ) | |
| Third-Party Defendant/ Counterclaim Plaintiff. | ) ) | |

## PACER DIGITAL SYSTEMS, INC.'S
## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Come now Patricia Polis McCrory and Paul C. Sweeney, of the law firm of Harrison & Moberly, LLP, and David A. Barry and Anthony V. Agudelo, of the law firm of Sugarman, Rogers, Barshak & Cohen, P.C., and move the Court to allow the withdrawal of the Appearances of the law firms of Harrison & Moberly, LLP, and Sugarman, Rogers, Barshak & Cohen, P.C., and in support thereof, would show the Court as follows:

1.    Suit was filed on December 15, 2004, against BOC Group, Inc. d/b/a BOC Gases.

2.      On February 2, 2005, BOC Group, Inc. d/b/a BOC Gases filed a Third-Party Complaint against Taylor-Wharton, Harsco Corporation, Gas & Fluid Control Group, and Pacer Digital Systems, Inc. ("Pacer").

3.      On April 25, 2005, David A. Barry and Anthony V. Agudelo, of the law firm of Sugarman, Rogers, Barshak & Cohen, P.C., filed their Notices of Appearance.

4.      On May 11, 2005, Patricia Polis McCrory and Paul C. Sweeney, of the law firm of Harrison & Moberly, LLP, were admitted to practice *pro hac vice* on behalf of Pacer.

5.      On July 19, 2005, Pacer, by Warren Oeff, notified its counsel, Harrison & Moberly, LLP, of Pacer's Board of Director's decision to proceed *pro se* in this matter due to the financial burden the cost of the defense was placing on the company.

6.      On August 1, 2005, Patricia McCrory, on behalf of Harrison & Moberly, LLP, and Sugarman, Rogers, Barshak & Cohen, P.C., notified J. Warren Oeff and Kevin M. Oeff, of Pacer, by letter of the intention to withdraw the Appearances of Harrison & Moberly, LLP, and Sugarman, Rogers, Barshak & Cohen, P.C., based upon Pacer's July 19, 2005, letter requesting the withdrawal of Harrison & Moberly, LLP.

7.      On September 1, 2005, Patricia McCrory again communicated with Pacer regarding the proposed withdrawal and confirmed that Pacer wanted counsel to file their Motion to Withdraw. Pacer has reviewed the current Motion and approved its filing.

8.      The Officers and Directors of Pacer have stated that Pacer will proceed *pro se* and documents should be sent to:

> J Warren Oeff
> Kevin M. Oeff
> Pacer Digital Systems, Inc.
> 8658 Castle Park Drive
> Indianapolis, IN 46256
> Telephone:  317-849-7887

Facsimile:  317-849-3859
E-mails:  warrenoeff@pacerdigital.com and kevinoeff@pacerdigital.com

WHEREFORE, Patricia Polis McCrory and Paul C. Sweeney, of the law firm of Harrison & Moberly, LLP, and David A. Barry and Anthony V. Agudelo, of the law firm of Sugarman, Rogers, Barshak & Cohen, P.C., respectfully move the Court to allow their withdrawal of Appearances on behalf of Pacer Digital Systems, Inc., and for all other relief just and proper in the premises.

Respectfully submitted,

HARRISON & MOBERLY, LLP

By:    s/Patricia Polis McCrory
       Patricia Polis McCrory, #9879-49

By:    s/Paul C. Sweeney
       Paul C. Sweeney, #20392-29

Counsel for Third Party Defendant/
Counterclaim Plaintiff Pacer Digital Systems, Inc.

-and-

SUGARMAN ROGERS BARSHAK & COHEN, P.C.

By:    s/David A. Barry
       David A. Barry (BBO #031520)

By:    s/Anthony V. Agudelo
       Anthony V. Agudelo (BBO #642260)

Local Counsel for Third Party Defendant/
Counterclaim Plaintiff Pacer Digital Systems, Inc.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of September, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J Warren Oeff
Kevin M. Oeff
Pacer Digital Systems, Inc.
warrenoeff@pacerdigital.com
kevinoeff@pacerdigital.com

Patrick J. Loftus, III
soxdctr@aol.com

Peter G. Rossi
Hayes A. Hunt
COZEN O'CONNOR
prossi@cozen.com
hhunt@cozen.com

Michael P. Giunta
Matthew P. Sgro
DONOVAN HATEM, LLP
mgiunta@donovanhatem.com
msgro@donovanhatem.com

John J. Weinholtz
NIXON PEABODY, LLP
jweinholtz@nixonpeabody.com

A. Damien Puller
NIXON PEABODY, LLP
dpuller@nixonpeabody.com

s/Patricia Polis McCrory
Patricia Polis McCrory

Patricia Polis McCrory
Paul C. Sweeney
HARRISON & MOBERLY, LLP
135 N. Pennsylvania Street, Suite 2100
Indianapolis, IN 46204
Telephone:    (317) 639-4511
Facsimile:    (317) 639-9565
Email: pmccrory@h-mlaw.com
Email: psweeney@h-mlaw.com

David A. Barry
Anthony V. Agudelo
SUGARMAN ROGERS BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114-4737
Telephone:    (617) 227-3030
Facsimile:    (617) 523-4001
Email:  barry@srbc.com
Email:  agudelo@srbc.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANA-FARBER CANCER INSTITUTE, | ) | |
| INC. a/k/a THE JIMMY FUND | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:04-cv-12612-RWZ |
| | ) | |
| BOC GROUP, INC. d/b/a BOC GASES | ) | |
| | ) | |
|     Defendant/Third-Party Plaintiff/ | ) | |
|     Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TAYLOR-WHARTON, HARSCO | ) | |
| CORPORATION, GAS & FLUID | ) | |
| CONTROL GROUP, | ) | |
| | ) | |
|     Third Party Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PACER DIGITAL SYSTEMS INC. | ) | |
| | ) | |
|     Third-Party Defendant/ | ) | |
|     Counterclaim Plaintiff. | ) | |

**ORDER ON PACER DIGITAL SYSTEMS, INC.'S
MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

    This cause comes before the Court on Pacer Digital Systems, Inc.'s Motion for Leave to

Withdraw Appearance of Counsel;

    And the Court having examined said Motion and being duly advised in the premises, now

grants same.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

Appearances of Patricia Polis McCrory and Paul C. Sweeney, of Harrison & Moberly, LLP, and

David A. Barry and Anthony V. Agudelo, of Sugarman, Rogers, Barshak & Cohen, P.C., be and

hereby are withdrawn on behalf of Pacer Digital Systems, Inc., and Pacer Digital Systems, Inc.,

will be *pro se* and documents should be sent to:

> J Warren Oeff
> Kevin M. Oeff
> Pacer Digital Systems, Inc.
> 8658 Castle Park Drive
> Indianapolis, IN 46256
> Telephone:  317-849-7887
> Facsimile:  317-849-3859
> E-mails:  warrenoeff@pacerdigital.com and kevinoeff@pacerdigital.com

Dated this _____ day of _____, 2005.


_____
JUDGE, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Distribution to:

Patricia Polis McCrory
Paul C. Sweeney
HARRISON & MOBERLY, LLP
pmccrory@h-mlaw.com
psweeney@h-mlaw.com

David A. Barry
Anthony V. Agudelo
SUGARMAN ROGERS BARSHAK & COHEN, P.C.
barry@srbc.com
agudelo@srbc.com

J Warren Oeff
Kevin M. Oeff
Pacer Digital Systems, Inc.
warrenoeff@pacerdigital.com
kevinoeff@pacerdigital.com

Patrick J. Loftus, III
soxdctr@aol.com

Peter G. Rossi
Hayes A. Hunt
COZEN O'CONNOR
prossi@cozen.com
hhunt@cozen.com

Michael P. Giunta
Matthew P. Sgro
DONOVAN HATEM, LLP
mgiunta@donovanhatem.com
msgro@donovanhatem.com

John J. Weinholtz
NIXON PEABODY, LLP
jweinholtz@nixonpeabody.com

A. Damien Puller
NIXON PEABODY, LLP
dpuller@nixonpeabody.com