UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND,  )<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>BOC GROUP, INC. d/b/a BOC GASES,  )<br>)<br>Defendant/Third-Party Plaintiff  )<br>)<br>v.  )<br>)<br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC.,  )<br>)<br>Third-Party Defendants  ) | CASE NO.: 04-12612 RCL<br><br>**NOTICE OF APPEARANCE** |

A. Damien Puller, of the law firm of Nixon Peabody LLP, hereby files an appearance on behalf of Third Party Defendant, Pacer Digital Systems, Inc., in the above entitled action.

Respectfully Submitted,
PACER DIGITAL SYSTEMS, INC.
By Its Attorneys

A. Damien Puller (MA BBO No. 633746)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

BOS1539355.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on ~~November~~ October 2?, 2005.

_____
A. Damien Puller

BOS1539355.1

Case 1:04-cv-12612-RWZ   Document 34   Filed 10/28/2005   Page 2 of 2

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on ~~November~~ 2?, 2005.

A. Damien Puller