UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 27 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, )<br><br>Plaintiff )<br><br>v. )<br><br>BOC GROUP, INC. d/b/a BOC GASES, )<br><br>Defendant/Third-Party Plaintiff )<br><br>v. )<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC., )<br><br>Third-Party Defendants ) | CASE NO.: 04-12612 RCL |

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

David A. Barry, Esquire and Anthony V. Agudelo, Esquire, of the law firm of Sugarman,

Rogers, Barshak & Cohen, P.C. hereby withdraw their appearance on behalf of Third-Party

Defendant, Pacer Digital Systems, Inc. ("Pacer"), in the above entitled action for the reason that

Pacer will now be represented by John Weinholtz, Esquire and the firm of Nixon Peabody, LLP.

BOS1537669.1

PACER DIGITAL SYSTEMS, INC.
By its counsel,


David A. Barry


Anthony V. Agudelo

Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114
(617) 227-3030

Dated:  October 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2005, I caused to be mailed, first class mail, postage prepaid, and/or electronically served a copy of the foregoing "Notice of Withdrawal of Appearance" to Counsel of Record.


A. Damien Puller, Esq.

- 2 -