UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

2005 OCT 28 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BOC GROUP, INC. d/b/a BOC GASES, )<br>)<br>Defendant/Third-Party Plaintiff )<br>)<br>v. )<br>)<br>TAYLOR-WHARTON, HARSCO )<br>CORPORATION, GAS & FLUID CONTROL )<br>GROUP AND PACER DIGITAL SYSTEMS )<br>INC., )<br>)<br>Third-Party Defendants ) | CASE NO.: 04-12612 RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Patricia Polis McCrory, Esquire and Paul C. Sweeney, Esquire, of the law firm of Harrison & Moberly LLP, hereby withdraw their appearance on behalf of Third-Party Defendant, Pacer Digital Systems, Inc. ("Pacer"), in the above entitled action for the reason that Pacer will now be represented by John Weinholtz, Esquire and the firm of Nixon Peabody, LLP.

PACER DIGITAL SYSTEMS, INC.
By its counsel,

_____
Patricia Polis McCrory, #9879-49

_____
Paul C. Sweeney, #20392-29

BOS1537661.1

HARRISON & MOBERLY LLP
135 No. Pennsylvania Street
Indianapolis, IN 46204
(317) 639-4511

Dated: October 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2005, I caused to be mailed, first class mail, postage prepaid, and/or electronically served a copy of the foregoing "Notice of Withdrawal of Appearance" to Counsel of Record.

A. Damien Puller, Esq.

- 2 -