UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND,<br><br>    Plaintiff<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES,<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC.,<br><br>    Third-Party Defendants | CASE NO.: 04-12612 RWZ |

### **PROPOSED AMENDED JOINT PRE-TRIAL SCHEDULE**

The parties in the above-referenced action have conferred and agree on the following schedule:

| | |
|---|---|
| Initial Disclosures of Plaintiff and Defendant/Third-Party Plaintiff by | April 15, 2005 |
| Initial Disclosures of Third-Party Defendants by | June 13, 2005 |
| Amendment to Pleadings by | July 18, 2005 |
| Joinder of Additional Parties by | August 12, 2005 |
| Fact Discovery Necessary for Settlement Discussions | December 2, 2005 |
| Status Report on Settlement | February 6, 2006 |
| All Fact Completed by | March 3, 2006 |
| Parties limited to 25 Interrogatories to other parties. Each party will be Required to present up to eight fact witnesses for deposition. | |
| 26(b) Expert Disclosures, Plaintiff by | April 3, 2006 |
| 26(b) Expert Disclosures, Defendant/Third-Party Plaintiff by | May 3, 2006 |
| 26(b), Expert Disclosures, Third-Party Defendants by | June 5, 2006 |

Expert Discovery Completed by                                        September 29, 2006

Status Conference to Discuss Settlement And Other Pertinent Deadlines    October 12, 2006

| Counsel for Plaintiff, Dana-Farber Cancer Institute a/k/a The Jimmy Fund, | Counsel for Defendants, BOC Group, Inc. d/b/a BOC Gases, |
|---|---|
| /s/ Patrick J. Loftus | /s/ Michael P. Giunta |
| Patrick J. Loftus, III | Michael P. Giunta |
| Patrick J. Loftus, III, ESQUIRE | Matthew P. Sgro |
| 9 Park Street, Suite 500 | DONOVAN HATEM LLP |
| Boston, MA 02108 | World Trade Center East |
| 617-723-7770 | Two Seaport Lane |
| | Boston, MA 02210 |
| | 617-406-4500 |

Counsel for Third-Party Defendants,
Taylor-Wharton, Harsco Corporation,
Gas & Fluid Control Group, and Pacer Digital
Systems, Inc.

/s/
A. Damien Puller
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

John J. Weinholtz
NIXON PEABODY LLP
Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
716-853-8141

Dated: December 19, 2005

CERTIFICATE OF SERVICE
I certify that a true copy of this document was served upon (each party appearing pro se and) the attorney of record for each party by mail (hand) on _December 19, 2005_
and fax
_____
(Signature)

B92321.1                    2