UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BOC GROUP, INC. d/b/a BOC GASES, )<br>)<br>Defendant/Third-Party Plaintiff )<br>)<br>v. )<br>)<br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC., )<br>)<br>Third-Party Defendants ) | CASE NO.: 04-12612 RCL<br><br>**NOTICE OF APPEARANCE** |

    Kim M. Clarke, of the law firm of Nixon Peabody LLP, hereby files an appearance on behalf of Third Party Defendant, Pacer Digital Systems, Inc., in the above entitled action.

    Respectfully Submitted,
**PACER DIGITAL SYSTEMS, INC. and TAYLOR-WHARTON, HARSCO CORP., GAS & FLUID CONTROL GROUP**
By their Attorneys

/s/ Kim M. Clarke
Kim M. Clarke (MA BBO No. 657711)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

BOS1539355.1

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronics means.

                                      /s/ Kim M. Clarke
                                      Kim M. Clarke

Case 1:04-cv-12612-RWZ    Document 40    Filed 01/25/2006    Page 2 of 2

- 2 -