UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND,  )<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>BOC GROUP, INC. d/b/a BOC GASES,  )<br>    Defendant/Third-Party Plaintiff  )<br>)<br>v.  )<br>)<br>TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC.,  )<br>)<br>Third-Party Defendants  )  | CASE NO.: 04-12612 RWZ |

**JOINT MOTION FOR PROPOSED AMENDED PRE-TRIAL SCHEDULE**

The parties in the above-referenced action have conferred and herewith move this court amend the Pre-Trial Schedule.

In support of their motion, the parties state that Taylor-Wharton Harsco Corporation GasServ ("Taylor-Wharton"), a third-party defendant, has recently agreed to share counsel with third-party defendant, Pacer Digital Systems, Inc. ("Pacer"). Since that agreement, counsel, Nixon Peabody LLP, has required additional time to get a better understanding of Pacer's electronic control panel and an understanding of the facts related to the alleged failure.

Depositions of witnesses have been or will take place in December 2005 and January 2006 in Massachusetts and Alabama. Although the parties have worked diligently to expedite the deposition schedule, the availability of witnesses has affected the parties' ability to conduct

discovery.  In addition, the parties have exchanged over a thousand pages of discovery that must be reviewed and analyzed prior to these depositions.

The parties have worked diligently to meet the deadlines but for the foregoing reasons states that they require an additional 30 days to complete their discovery.

Wherefore, the parties request the Pre-Trial Schedule be amended as follows:

| | |
|---|---|
| Initial Disclosures of Plaintiff and Defendant/Third-Party Plaintiff by | April 15, 2005 |
| Initial Disclosures of Third-Party Defendants by | June 13, 2005 |
| Amendment to Pleadings by | July 18, 2005 |
| Joinder of Additional Parties by | August 12, 2005 |
| Fact Discovery Necessary for Settlement Discussions | December 2, 2005 |
| Status Report on Settlement | February 6, 2006 |
| All Fact Completed by | March 3, 2006 |
| Parties limited to 25 Interrogatories to other parties.  Each party Will be required to present up to eight fact witnesses for deposition. | |
| 26(b) Expert Disclosures, Plaintiff by | April 3, 2006 |
| 26(b) Expert Disclosures, Defendant/Third-Party Plaintiff by | May 3, 2006 |
| 26(b), Expert Disclosures, Third-Party Defendants by | June 5, 2006 |
| Expert Discovery Completed by | September 29, 2006 |
| Status Conference to Discuss Settlement And Other Pertinent Deadlines | October 12, 2006 |

Counsel for Plaintiff, Dana-Farber Cancer Institute a/k/a The Jimmy Fund,

/s/ Patrick J. Loftus_____
Patrick J. Loftus, III, BBO #303310
Patrick J. Loftus, III, ESQUIRE
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

Counsel for Defendants, BOC Group, Inc. d/b/a BOC Gases,

/s/ Michael P. Giunta_____
Michael P. Giunta, BBO #543768
Matthew P. Sgro, BBO #655825
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
617-406-4500

Counsel for Third-Party Defendants,
Taylor-Wharton, Harsco Corporation,
Gas & Fluid Control Group, and Pacer Digital
Systems, Inc.

  /s/ Kim M. Clarke_____
A. Damien Puller, BBO #633746
Kim M. Clarke, BBO #657711
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

John J. Weinholtz
NIXON PEABODY LLP
Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
716-853-8141


Dated: January 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 25, 2006.


   /s/ A. Damien Puller_____
A. Damien Puller


## L.R. 7.1 Certification

Counsel certifies that they have conferred and have attempted in good faith to resolve or narrow the issue.

/s/ A. Damien Puller_____
A. Damien Puller