UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANA-FARBER CANCER INSTITUTE, )
INC. a/k/a THE JIMMY FUND, )
    Plaintiff, )
)
v. )
) CASE NO.: 04-CV-12612-RWZ
)
BOC GROUP, INC. d/b/a BOC GASES, )
    Defendant/Third-Party Plaintiff, )
)
v. )
)
TAYLOR-WHARTON, HARSCO )
CORPORATION, GAS & FLUID CONTROL )
GROUP AND PACER DIGITAL SYSTEMS INC., )
    Third-Party Defendants )

### STIPULATION

It is stipulated and agreed by and between counsel for the plaintiff, defendant and third-party defendants that the time for the fact discovery and expert disclosures is extended as follows:

| | |
|---|---|
| Fact Discovery | April 21, 2006 |
| Plaintiff's 26(b) Disclosures | May 3, 2006 |
| Defendant's 26(b) Disclosures | June 5, 2006 |
| Third-Party Defendant's 26(b) Disclosures | July 5, 2006 |

Counsel for Plaintiff, Dana-Farber Cancer
Institute a/k/a The Jimmy Fund,

*/s/ Peter G. Rossi*
Peter G. Rossi
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-2783

Counsel for Defendant, BOC Group, Inc.
d/b/a BOC Gases,

*/s/ Matthew Sgro*
Michael P. Giunta
Matthew Sgro
DONOVAN HATEM LLP
World Trade Center East,
Two Seaport Lane
Boston, MA 02210
617-406-4500

Counsel for Third-Party Defendant,
Taylor-Wharton, Pacer Digital Systems, Inc.,

*/s/ John V. Weinholtz*
John V. Weinholtz
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

B96321.1