UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, <br><br> Plaintiff, <br><br> v. <br><br> BOC GROUP, INC. d/b/a BOC GASES <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC. <br><br> Third-Party Defendants. | Case No. 1:04-CV-12612-RWZ |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), plaintiff Dana-Farber Cancer Institute, Inc. a/k/a The Jimmy Fund, by its counsel, Patrick J. Loftus, III, Esquire of the Law Offices of Patrick J. Loftus, III, hereby moves this Court for an order permitting Jonathan D. Hurwitz of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, to practice before this Court, Pro Hac Vice, on behalf of plaintiff, and in support of this motion, states as follows:

1. Jonathan D. Hurwitz of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103 (telephone 215-665-2000) is counsel to plaintiff in this action and desires the permission of the Court to practice before it.

2. Mr. Hurwitz is a member in good standing of the Bars in Pennsylvania and New Jersey and the United States District Courts for the Eastern and Middle Districts of

Pennsylvania, the District of New Jersey and the First Circuit Court of Appeals, as more fully set forth in his attached Affidavit marked as Exhibit A.

    3.    There have never been, nor are there now pending, any disciplinary matters against Mr. Hurwitz in any jurisdiction where he has been admitted to practice.

    4.    Mr. Hurwitz is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    5.    Mr. Loftus is a member in good standing of this Court and will be associated with Mr. Hurwitz in this action.

WHEREFORE, the undersigned respectfully requests that Jonathan D. Hurwitz be granted leave to appear and practice before this Court on behalf of plaintiff in this action as co-counsel for plaintiff, *Pro Hac Vice*.

Respectfully Submitted,

Patrick J. Loftus, III
BBO: 303310
Law Offices of Patrick J. Loftus, III
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

Dated: March 29, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE,<br>INC. a/k/a THE JIMMY FUND<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO<br>CORPORATION, GAS & FLUID<br>CONTROL GROUP and PACER<br>DIGITAL SYSTEMS INC.<br><br>Third-Party Defendants. | Case No. 1:04-CV-12612-RCL |

### AFFIDAVIT OF JONATHAN D. HURWITZ

I, Jonathan D. Hurwitz, being duly sworn upon oath, depose and say:

1. I am one of the attorneys representing plaintiff Dana-Farber Cancer Institute, Inc. a/k/a The Jimmy Fund and submit this Affidavit in support of the Motion for Admission *Pro Hac Vice*.

2. I am a member of the law firm of Cozen O' Connor, 1900 Market Street, Philadelphia, Pennsylvania.

3. I am currently admitted to the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey and the First Circuit Court of Appeals.

4. I am in good standing in each of the aforementioned courts and there are no disciplinary actions pending against me.

5. I am familiar with the with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 27th day of March 2006.

_____
Jonathan D. Hurwitz

STATE OF PENNSYLVANIA    )
                                              ) ss:
COUNTY OF PHILADELPHIA    )

Subscribed and sworn to before me, a Notary Public in and for said County and state, this 27th day of March 2006

_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUZANNE GAYNOR SHERIDAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 4, 2008

2



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Jonathan D. Hurwitz, Esq.

#### DATE OF ADMISSION

#### October 27, 1999

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 22, 2006

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND <br><br> Plaintiff, <br><br> v. <br><br> BOC GROUP, INC. d/b/a BOC GASES <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP and PACER DIGITAL SYSTEMS INC. <br><br> Third-Party Defendants. | Case No. 1:04-CV-12612-RCL |

## ORDER

Upon consideration of the Motion for Admission Pro Hac Vice of Jonathan D. Hurwitz of the law firm of Cozen O'Connor, **IT IS HEREBY ORDERED** that the Motion is granted and that Jonathan D. Hurwitz is admitted *pro hac vice* as co-counsel for plaintiff in the above-captioned cause.

Dated: _____          _____
                                                    Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE,<br>INC. a/k/a THE JIMMY FUND<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC. d/b/a BOC GASES<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TAYLOR-WHARTON, HARSCO<br>CORPORATION, GAS & FLUID<br>CONTROL GROUP and PACER<br>DIGITAL SYSTEMS INC.<br><br>Third-Party Defendants. | Case No. 1:04-CV-12612-RCL |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, plaintiff's Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Patrick J. Loftus, III
BBO: 303310
Law Offices of Patrick J. Loftus, III
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770