UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND, <br><br> Plaintiff <br><br> v. <br><br> BOC GROUP, INC. d/b/a BOC GASES, <br>     Defendant/Third-Party Plaintiff <br><br> v. <br><br> TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP AND PACER DIGITAL SYSTEMS INC., <br><br> Third-Party Defendants | CASE NO.: 04-12612 RWZ |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Kim M. Clarke on behalf of Third-Party Defendants, Taylor-Wharton, Harsco Corporation, Gas & Fluid Control Group, and Pacer Digital Systems, Inc. ("Third-Party Defendants"). A. Damien Puller shall continue to appear on behalf of the Third-Party Defendants.

                                                  Counsel for Third-Party Defendants,
                                                Taylor-Wharton, Harsco Corporation,
                                                Gas & Fluid Control Group, and Pacer Digital
                                                Systems, Inc.

Dated: May 11, 2006                            /s/ Kim M. Clarke_____
                                                A. Damien Puller, BBO #633746
                                                Kim M. Clarke, BBO #657711
                                                NIXON PEABODY LLP
                                                100 Summer Street
                                                Boston, MA 02110
                                                617-345-1000

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served electronically or by mail on the attorney of record for each other party on May 11, 2006.

      /s/ Kim M. Clarke
      Kim M. Clarke