UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANA-FARBER CANCER INSTITUTE
    Plaintiff

V.

CIVIL ACTION:04CV12612-RWZ

BOC GROUP, INC. ET AL
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                                                    DECEMBER 11, 2006

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

By the Court,

s/ Lisa A. Urso
Deputy Clerk