UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC. a/k/a THE JIMMY FUND <br><br> Plaintiff, <br><br> v. <br><br> BOC GROUP, INC. d/b/a BOC GASES <br><br> Defendant/Third-Party Plaintiff/ Defendant-in-Counterclaim, <br><br> v. <br><br> TAYLOR-WHARTON, HARSCO CORPORATION, GAS & FLUID CONTROL GROUP <br><br> Third-Party Defendant, <br><br> and <br><br> PACER DIGITAL SYSTEMS INC. <br><br> Third-Party Defendant/ Plaintiff-in-Counterclaim. | Case No.: 04-CV-12612-RWZ |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), that all claims in this action, including all third-party claims and counter-claims, are hereby dismissed, with prejudice, without interest, with all parties to bear their own fees and costs, and with all rights of appeal being hereby waived.

Respectfully submitted,

Plaintiff,
DANA-FARBER CANCER INSTITUTE,
INC., A/K/A THE JIMMY FUND,
By its attorneys,

_____
Peter G. Rossi
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-2783

and

Patrick J. Loftus, III
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

Defendant/Third-Party Plaintiff/
Defendant-in-Counterclaim,
BOC GROUP, INC. D/B/A
BOC GASES
By its attorneys,

_____
Michael R. Giunta
Matthew P. Sgro
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500


Third-Party Defendant,
TAYLOR-WHARTON, HARSCO
CORPORATION, GAS & FLUID
CONTROL GROUP
and
Third-Party Defendant/Plaintiff-in-
Counterclaim,
PACER DIGITAL SYSTEMS, INC.
By their attorney,

_____
John J. Weinholtz
NIXON PEABODY LLP
Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, NY 14202
716-853-8141

Dated: December 27, 2006

01054964